**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOEL J. BRANFORD,

                Movant,                22 **CIVIL** 1264 (GHW)

      -against-                          **JUDGMENT**

UNITED STATES OF AMERICA,
                Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated May 23, 2023, Mr. Branford's petition is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Mr. Branford has not made a substantial showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253; accordingly, the petition is dismissed and the case is closed.

**DATED:** New York, New York

       May 23, 2023

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                                 **Clerk of Court**

                                   **BY:**

                                                                 _____
                                                                 **Deputy Clerk**